IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTIN J. WALSH,

Plaintiff,

v.

CIVIL NO. 19-2144 (CVR)

ALPHA TELEKOM, LLC, et al.,

Defendants.

**OPINION AND ORDER**

**INTRODUCTION**

Secretary of Labor Martin J. Walsh ("the Secretary") filed the present case against co-Defendants Alpha Telekom LLC ("Alpha") and Angel González ("González" collectively "Defendants") for violations to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"). The Secretary alleged in the complaint that Defendants failed to properly compensate their employees for work performed in repairing local telecommunications infrastructure damage after Hurricane María hit the island in September 2017, in violation of federal law. Defendants incurred in FLSA violations by paying the employees a flat hourly rate for all hours worked, instead of the required overtime premium for hours worked over 40. Defendants also improperly deducted amounts from their employees' pay for expenses that Defendants were required to pay for, as well as failed to pay employees for certain time worked, resulting in both overtime and minimum wage violations. Finally, Defendants also violated recordkeeping requirements and did not keep complete and accurate records of hours worked and wages paid.

Before the Court now is the Secretary's "Motion for Summary Judgment." (Docket

Case 3:19-cv-02144-CVR   Document 74   Filed 10/31/22   Page 2 of 11

Martin J. Walsh v. Alpha Telekom, LLC, et al.
Opinion and Order
Civil 19-2144 (CVR)
Page 2
_____

No. 63). At this juncture, the Court must mention that Defendants were granted two (2) extensions of time to oppose the Secretary's Motion for Summary Judgment and ultimately failed to file an opposition thereto. (Docket Nos. 67 and 69). Defendants' counsel then filed a motion seeking leave to withdraw as counsel which the Court granted, and at that time ordered Defendants to appear with new counsel within thirty (30) days. (Docket Nos. 70 and 71). Defendants failed to comply with the Court's order and did not appear with new legal representation. By then, not only had the Secretary's Motion for Summary Judgment been pending for almost ninety (90) days, but pending also was the payment of attorney's fees that the Court ordered on April 19, 2022 due to Defendants' repeated non-compliance with their discovery obligations. (Docket No. 56). For these reasons, the Court granted the Secretary's "Motion to Deem the Secretary's Motion for Summary Judgment Unopposed." (Docket Nos. 72 and 73).

It is important to note that since Defendants have failed to dispute any of the factual allegations contained in the Secretary's Statement of Material Facts, all of the facts submitted by the Secretary are deemed admitted. (Docket No. 63-2). See Loc. Rule 56(e); Ayala-Gerena v. Bristol Myers–Squibb Co., 95 F.3d 86, 95 (1st Cir. 1996).

After a careful review of the Secretary's petition and its supporting documents, the Court GRANTS the Secretary's Motion for Summary Judgment.

## STANDARD

Summary judgment is appropriate "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed.R.Civ.P. 56 (a). Pursuant to the explicit language of the rule, the moving party must

Case 3:19-cv-02144-CVR   Document 74   Filed 10/31/22   Page 3 of 11

Martin J. Walsh v. Alpha Telekom, LLC, et al.
Opinion and Order
Civil 19-2144 (CVR)
Page 3
_____

establish this two-fold element. Vega-Rodríguez v. Puerto Rico Tel. Co., 110 F.3d 174, 178 (1st Cir. 1997).

After the moving party has satisfied this burden, the onus shifts to the resisting party to show that there still exists "a trial worthy issue as to some material fact." Cortés-Irizarry v. Corporación Insular, 111 F.3d 184, 187 (1st Cir. 1997). A fact is deemed "material" if it potentially could affect the outcome of the suit. Id. Moreover, there will only be a "genuine" or "trial worthy" issue as to such a "material fact," "if a reasonable fact-finder, examining the evidence and drawing all reasonable inferences helpful to the party resisting summary judgment, could resolve the dispute in that party's favor." Id. At all times during the consideration of a motion for summary judgment, the Court must examine the entire record "in the light most flattering to the non-movant and indulge all reasonable inferences in the party's favor." Maldonado-Denis v. Castillo-Rodríguez, 23 F.3d 576, 581 (1st Cir. 1994).

The First Circuit Court of Appeals has "emphasized the importance of local rules similar to Local Rule 56 [of the District of Puerto Rico]." Hernández v. Philip Morris USA, Inc., 486 F.3d 1, 7 (1st Cir. 2007); see also Colón v. Infotech Aerospace Servs., Inc., 869 F.Supp.2d 220, 225-226 (D.P.R. 2012). Rules such as Local Rule 56 "are designed to function as a means of 'focusing a district court's attention on what is -and what is not- genuinely controverted.'" Calvi v. Knox County, 470 F.3d 422, 427 (1st Cir. 2006). Time and again, the First Circuit has highlighted that facts which are properly supported "shall be deemed admitted unless properly controverted" and the Court is free to ignore such facts that are not properly supported. Loc. Rule 56(e); Rodríguez-Severino v. UTC Aerospace Sys., No. 20-1901, 2022 WL 15234457, at *5 (1st Cir. Oct. 27, 2022).

## LEGAL ANALYSIS

"The FLSA guarantees covered employees a minimum wage of $7.25 an hour.... and payment of one-and-one-half times their regular rate for hours worked in excess of forty in any workweek." 29 U.S.C. § 206(a), § 207(a); Pruell v. Caritas Christi, 678 F.3d 10, 12 (1st Cir. 2012). An employer who violates the FLSA is liable for damages in the amount of unpaid wages, and is also entitled to liquidated damages if the Court so determines. See 29 U.S.C. § 216(b).

The uncontested facts and the evidence presented as part of the Secretary's Motion for Summary Judgment show that co-Defendant González owned and operated Alpha, which was created in 2016. After the passage of Hurricane María, Alpha performed telecommunications infrastructure repair in multiple locations in Puerto Rico under contracts with several companies, including Reel Telecommunication Services, LLC ("RTS"), a subcontractor of Liberty Cablevision of Puerto Rico, LLC ("Liberty"), and Claro Puerto Rico ("Claro"). Under the Claro contract, Defendants' field employees repaired cables for phones and fiber optics by removing fallen cables and poles, setting up telephone poles and stringing cables between them. Under the RTS/Liberty contract, Defendants' field employees repaired television cables in a similar way.

The uncontested facts further establish that Alpha was a covered enterprise under the FLSA and that both Alpha and González were "employers" as a matter of law pursuant to 29 U.S.C. § 203(d), as they both had the power to control their field employees, office employees, and supervisors who worked for them. See Docket No. 63-2, Statement of Material Facts Nos. 23, 27, 32, 46, 48, 52-53, 56-59, and 67-80; Baystate Alternative Staffing, Inc. v. Herman, 163 F.3d 668, 675 (1st Cir. 1998). Defendants' field employees

Case 3:19-cv-02144-CVR   Document 74   Filed 10/31/22   Page 5 of 11

Martin J. Walsh v. Alpha Telekom, LLC, et al.
Opinion and Order
Civil 19-2144 (CVR)
Page 5
_____

and supervisors worked at least twelve hours per day, six or seven days per week, and often more than that. See Statement of Material Facts Nos. 100-109. Defendants were also responsible for paying employees flat hourly rates, fully controlling the employees' conditions of employment, and supplying all the tools and equipment used by the employees in their work assignments. See Statement of Material Facts Nos. 81-82 and 178-182.

The uncontested facts also show that Defendants violated the FSLA's minimum wage, overtime, and recordkeeping provisions by failing to pay employees for certain hours worked, failing to pay one-and-one-half times employees' regular rates of pay for hours worked over 40, taking improper deductions from employees' pay, and failing to keep and maintain complete employment records. See Statement of Material Facts Nos. 184-192, 196-198, 115, 134-36, 193-95, 203-09, and 221-227.

The Secretary performed a mathematical exercise and calculated the amount of back wages owed to Alpha's employees using Defendants' existing records, and calculated that Defendants owe $2,000,393.39 in back wages for work performed from December 3, 2017 through August 4, 2018. See Statement of Material Facts Nos. 228-279. The Court finds the calculations submitted by the Secretary to be reasonable. Moreover, they stand uncontested because Defendants failed to oppose the Secretary's Motion for Summary Judgment.

In addition to unpaid wages and overtime, the FLSA also authorizes the Secretary to recover an amount equal to the back pay in liquidated damages. See 29 U.S.C. § 216(c). The only way an employer can avoid the imposition of liquidated damages is to show to the Court's satisfaction that it acted in good faith and had reasonable grounds for

Case 3:19-cv-02144-CVR   Document 74   Filed 10/31/22   Page 6 of 11

Martin J. Walsh v. Alpha Telekom, LLC, et al.
Opinion and Order
Civil 19-2144 (CVR)
Page 6
_____

believing that its actions did not violate the FLSA. Chao v. Hotel Oasis, Inc., 493 F.3d 26 (1st Cir. 2007). That determination, however, is left to the Court. Id. (*citing* to Herman v. RSR Sec. Servs. Ltd., 172 F.3d 132, 142 (2d Cir. 1999)).

As the uncontested facts demonstrate, Defendants failed to comply with the FLSA's requirements and took no steps to determine the legal requirements, even after Alpha's employees demanded overtime pay. See Statement of Material Facts Nos. 169-174 and 282-287. Defendants testified that they did nothing to determine whether their overtime practices were compliant, and did not seek guidance from any attorney, accountant, or any other professional to learn the requirements of federal overtime laws prior to beginning work. Id. Co-Defendant González was also served with a lawsuit for similar FLSA violations in Florida. See Statement of Material Facts Nos. 286-87. In sum, no good faith has been shown by Defendants in this case and Alpha's employees are therefore entitled to liquidated damages.

For this reason, the Court awards liquidated damages equal to the amount of back wages owed to Alpha employees, that is an additional amount of $2,000,393.39, for a total of $4,000,786.77. The Court hereby incorporates the Secretary's computation of the amounts owed to each employee as to damages and liquidated damages, contained at Docket No. 63-41, Exhibit 11 (pp. 63-66), as an Appendix to this Opinion and Order.

Finally, the Court also enjoins Defendants from violating the FLSA in the future due to their conduct in this case. See 29 U.S.C. § 217 (a district court has discretion to issue injunctions against future violations); Martin v. Coventry Fire Dist., 981 F.2d 1358, 1362 (1st Cir. 1992); Acosta v. Special Police Force Corp., 295 F. Supp. 3d 47, 65 (D.P.R. 2018) (outlining elements).

Case 3:19-cv-02144-CVR   Document 74   Filed 10/31/22   Page 7 of 11

Martin J. Walsh v. Alpha Telekom, LLC, et al.
Opinion and Order
Civil 19-2144 (CVR)
Page 7
_____

## CONCLUSION

For the above-mentioned reasons, the Secretary's "Motion for Summary Judgment" is GRANTED. (Docket No. 63). Accordingly, the Court awards the total amount of $4,000,786.77 to the Alpha's employees included in the Appendix in the amounts listed therein.

Judgment shall be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 31st day of October 2022.

                                               S/CAMILLE L. VELEZ-RIVE
                                               CAMILLE L. VELEZ RIVE
                                               UNITED STATES MAGISTRATE JUDGE

Totals by Employee

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Name | Weekly Totals | Remitted 7% Tax | Total Less Remitted | Unpaid Weeks | Total BW | Total LD | TOTAL OWED |
| 2 | Aaron Knight | $1,539.44 | | $1,539.44 | $2,584.38 | $4,123.82 | $4,123.82 | $8,247.63 |
| 3 | Aaron Worthington | $9,264.74 | | $9,264.74 | $1,263.22 | $10,527.96 | $10,527.96 | $21,055.93 |
| 4 | Adolfo Rodriguez Roman | $1,700.25 | | $1,700.25 | $969.14 | $2,669.39 | $2,669.39 | $5,338.79 |
| 5 | Adriana Vazquez | $10,039.24 | | $10,039.24 | $1,178.19 | $11,217.43 | $11,217.43 | $22,434.85 |
| 6 | Alex Muñiz | $11,094.52 | | $11,094.52 | $858.30 | $11,952.81 | $11,952.81 | $23,905.63 |
| 7 | Alexander Pagan | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 8 | Alexander Rivera | $805.53 | | $805.53 | $738.29 | $1,543.82 | $1,543.82 | $3,087.65 |
| 9 | Alexander Rivera Lopez | $5,352.59 | | $5,352.59 | $759.67 | $6,112.25 | $6,112.25 | $12,224.51 |
| 10 | Alexander Rosa | $30,584.54 | | $30,584.54 | $2,276.58 | $32,861.12 | $32,861.12 | $65,722.24 |
| 11 | Amber Garrett | $8,665.55 | | $8,665.55 | $1,189.59 | $9,855.14 | $9,855.14 | $19,710.27 |
| 12 | Andre Castillo | $11,775.61 | | $11,775.61 | $872.96 | $12,648.57 | $12,648.57 | $25,297.13 |
| 13 | Andres Campos | $1,225.03 | | $1,225.03 | $543.35 | $1,768.38 | $1,768.38 | $3,536.76 |
| 14 | Angel A Ortiz Perez | $2,910.35 | | $2,910.35 | $762.11 | $3,672.46 | $3,672.46 | $7,344.93 |
| 15 | Angel Cabrera | $718.40 | | $718.40 | $815.24 | $1,533.64 | $1,533.64 | $3,067.29 |
| 16 | Angel M Benoit Sosa | $913.26 | | $913.26 | $815.24 | $1,728.50 | $1,728.50 | $3,457.01 |
| 17 | Anthony Vargas | $10,789.77 | | $10,789.77 | $801.56 | $11,591.33 | $11,591.33 | $23,182.67 |
| 18 | Ariel Arzina | $1,847.74 | | $1,847.74 | $690.84 | $2,538.58 | $2,538.58 | $5,077.16 |
| 19 | Arnaldo Vazquez Pacheco | $5,025.88 | $995.40 | $4,030.48 | $997.79 | $5,028.27 | $5,028.27 | $10,056.54 |
| 20 | Arthur Williams | $6,464.33 | | $6,464.33 | $2,256.06 | $8,720.39 | $8,720.39 | $17,440.78 |
| 21 | Barbara Ortiz | $1,320.00 | | $1,320.00 | $752.40 | $2,072.40 | $2,072.40 | $4,144.80 |
| 22 | Blanca N. Rivera | $1,913.15 | | $1,913.15 | $829.35 | $2,742.50 | $2,742.50 | $5,485.01 |
| 23 | Brandon Braxton | $2,255.81 | | $2,255.81 | $830.49 | $3,086.30 | $3,086.30 | $6,172.60 |
| 24 | Brian Cruz Rivera | $10,539.45 | | $10,539.45 | $1,513.70 | $12,053.15 | $12,053.15 | $24,106.30 |
| 25 | Bryan Cruz | $468.47 | | $468.47 | $815.24 | $1,283.71 | $1,283.71 | $2,567.42 |
| 26 | Bryan Diaz | $148.05 | | $148.05 | $353.54 | $501.59 | $501.59 | $1,003.19 |
| 27 | Bryan Tucker | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 28 | Camille Colon | $19,905.91 | $865.22 | $19,040.69 | $0.00 | $19,040.69 | $19,040.69 | $38,081.39 |
| 29 | Carlos A Rodriguez | $886.33 | | $886.33 | $796.01 | $1,682.33 | $1,682.33 | $3,364.67 |
| 30 | Carlos A Suarez | $19,821.66 | | $19,821.66 | $2,265.18 | $22,086.84 | $22,086.84 | $44,173.68 |
| 31 | Carlos Habash | $14,125.06 | | $14,125.06 | $1,765.72 | $15,890.78 | $15,890.78 | $31,781.56 |
| 32 | Carlos J Kuidlan Vega | $2,629.98 | | $2,629.98 | $602.71 | $3,232.69 | $3,232.69 | $6,465.39 |
| 33 | Carlos Lugo Santos | $4,489.99 | | $4,489.99 | $804.34 | $5,294.33 | $5,294.33 | $10,588.67 |
| 34 | Carlos Martinez Otero | $1,127.50 | | $1,127.50 | $451.01 | $1,578.51 | $1,578.51 | $3,157.02 |
| 35 | Carlos Ortiz | $2,489.40 | | $2,489.40 | $661.34 | $3,150.74 | $3,150.74 | $6,301.49 |
| 36 | Carlos Rios | $4,463.62 | | $4,463.62 | $1,501.38 | $5,965.00 | $5,965.00 | $11,930.00 |
| 37 | Carlos Rodriguez Rodriguez | $1,949.76 | | $1,949.76 | $423.37 | $2,373.13 | $2,373.13 | $4,746.26 |
| 38 | Carlos Santiago Acosta | $5,500.68 | | $5,500.68 | $876.80 | $6,377.48 | $6,377.48 | $12,754.96 |
| 39 | Carlos Santiago Torres | $9,478.89 | | $9,478.89 | $800.15 | $10,279.04 | $10,279.04 | $20,558.08 |
| 40 | Carmen Mendoza | $460.00 | | $460.00 | $582.54 | $1,042.54 | $1,042.54 | $2,085.08 |
| 41 | Cesar Martin Capon | $10,264.06 | | $10,264.06 | $1,028.21 | $11,292.27 | $11,292.27 | $22,584.53 |
| 42 | Chris Ragle | $530.25 | | $530.25 | $815.24 | $1,345.49 | $1,345.49 | $2,690.99 |
| 43 | Christian Domena | $4,152.77 | | $4,152.77 | $892.19 | $5,044.96 | $5,044.96 | $10,089.92 |
| 44 | Cynthia Miller | $3,564.40 | | $3,564.40 | $1,143.14 | $4,707.54 | $4,707.54 | $9,415.07 |
| 45 | Daniel Hannah | $1,160.25 | | $1,160.25 | $661.34 | $1,821.59 | $1,821.59 | $3,643.19 |
| 46 | Daniel Reeber | $4,045.33 | | $4,045.33 | $1,386.53 | $5,431.86 | $5,431.86 | $10,863.71 |
| 47 | Daniel Rodriguez | $8,722.08 | $94.50 | $8,627.58 | $1,198.71 | $9,826.29 | $9,826.29 | $19,652.58 |
| 48 | Daniel Suarez | $260.25 | | $260.25 | $661.34 | $921.59 | $921.59 | $1,843.19 |
| 49 | Dave Stephens | $2,851.50 | | $2,851.50 | $430.49 | $3,281.99 | $3,281.99 | $6,563.99 |
| 50 | David Cardbine | $4,290.30 | | $4,290.30 | $1,291.62 | $5,581.92 | $5,581.92 | $11,163.84 |
| 51 | David Coulter | $21,020.61 | | $21,020.61 | $2,356.38 | $23,376.99 | $23,376.99 | $46,753.97 |
| 52 | David Perminter | $1,813.80 | | $1,813.80 | $5,541.00 | $7,354.80 | $7,354.80 | $14,709.60 |
| 53 | David Sepulveda Santiago | $8,048.33 | | $8,048.33 | $833.41 | $8,881.74 | $8,881.74 | $17,763.49 |
| 54 | Dennis Mitchell | $13,662.75 | | $13,662.75 | $2,356.38 | $16,019.13 | $16,019.13 | $32,038.26 |
| 55 | Diego Carretero | $1,580.50 | | $1,580.50 | $1,763.58 | $3,344.08 | $3,344.08 | $6,688.16 |
| 56 | Donald McDade | $638.39 | | $638.39 | $1,086.99 | $1,725.38 | $1,725.38 | $3,450.76 |
| 57 | Donna Peeno | $6,110.82 | | $6,110.82 | $1,189.59 | $7,300.41 | $7,300.41 | $14,600.81 |
| 58 | Dylan Steele | $530.25 | | $530.25 | $815.24 | $1,345.49 | $1,345.49 | $2,690.99 |
| 59 | Edgar D Casanova Aponte | $10,843.69 | | $10,843.69 | $846.02 | $11,689.71 | $11,689.71 | $23,379.43 |
| 60 | Edgar Quinones Lopez | $11,347.65 | | $11,347.65 | $843.03 | $12,190.68 | $12,190.68 | $24,381.36 |
| 61 | Edson Carretero | $23,700.65 | | $23,700.65 | $2,173.98 | $25,874.63 | $25,874.63 | $51,749.26 |
| 62 | Eduardo Arizmendi | $11,198.00 | | $11,198.00 | $0.00 | $11,198.00 | $11,198.00 | $22,396.00 |
| 63 | Edwin Natal Quinones | $13,585.41 | | $13,585.41 | $1,366.75 | $14,952.17 | $14,952.17 | $29,904.33 |
| 64 | Efrain Gonzalez | $17,371.59 | | $17,371.59 | $1,110.67 | $18,482.26 | $18,482.26 | $36,964.51 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 65 | Efrain Quiñones | $873.78 | | $873.78 | $164.89 | $1,038.67 | $1,038.67 | $2,077.33 |
| 66 | Eliezer Andino Rosa | $9,920.09 | | $9,920.09 | $852.80 | $10,772.89 | $10,772.89 | $21,545.78 |
| 67 | Elisaul Rivera Lopez | $11,000.71 | | $11,000.71 | $1,075.93 | $12,076.64 | $12,076.64 | $24,153.28 |
| 68 | Elvin Ariel Alsina Hernandez | $1,371.24 | | $1,371.24 | $866.54 | $2,237.78 | $2,237.78 | $4,475.57 |
| 69 | Enid I. Donato | $5,930.84 | | $5,930.84 | $662.37 | $6,593.21 | $6,593.21 | $13,186.42 |
| 70 | Esteban Rios Santana | $2,429.04 | | $2,429.04 | $784.46 | $3,213.50 | $3,213.50 | $6,427.01 |
| 71 | Ezequiel Garay | $10,108.02 | | $10,108.02 | $1,998.09 | $12,106.11 | $12,106.11 | $24,212.23 |
| 72 | Felix Ramos | $3,789.48 | | $3,789.48 | $853.72 | $4,643.20 | $4,643.20 | $9,286.40 |
| 73 | Fernando Casiano | $787.58 | | $787.58 | $550.19 | $1,337.77 | $1,337.77 | $2,675.54 |
| 74 | Fernando Quiles | $13,608.49 | | $13,608.49 | $2,055.99 | $15,664.48 | $15,664.48 | $31,328.96 |
| 75 | Francheska Cuadrado | $3,206.91 | | $3,206.91 | $938.01 | $4,144.92 | $4,144.92 | $8,289.84 |
| 76 | Francisco Colon | $25,834.16 | | $25,834.16 | $2,081.15 | $27,915.31 | $27,915.31 | $55,830.61 |
| 77 | Francisco Ruiz | $16,863.44 | | $16,863.44 | $2,379.18 | $19,242.62 | $19,242.62 | $38,485.23 |
| 78 | Frank Fleckenstein | $12,389.67 | | $12,389.67 | $878.61 | $13,268.28 | $13,268.28 | $26,536.57 |
| 79 | Freddy Andujar | $133.44 | | $133.44 | $353.54 | $486.98 | $486.98 | $973.97 |
| 80 | Fredrick Hensley | $1,160.25 | | $1,160.25 | $661.34 | $1,821.59 | $1,821.59 | $3,643.19 |
| 81 | Gabriel Rodriguez | $3,715.54 | | $3,715.54 | $840.89 | $4,556.43 | $4,556.43 | $9,112.87 |
| 82 | Gilberto Ramos | $710.25 | | $710.25 | $815.24 | $1,525.49 | $1,525.49 | $3,050.99 |
| 83 | Grabiel Rivera | $4,359.15 | | $4,359.15 | $892.19 | $5,251.34 | $5,251.34 | $10,502.68 |
| 84 | Gustavo Alballandejo Ferrer | $18,901.39 | | $18,901.39 | $1,831.30 | $20,732.69 | $20,732.69 | $41,465.38 |
| 85 | Hammas A. El Astal Lopez | $8,414.54 | | $8,414.54 | $838.76 | $9,253.29 | $9,253.29 | $18,506.58 |
| 86 | Hani Abushaeena | $5,412.19 | | $5,412.19 | $727.07 | $6,139.26 | $6,139.26 | $12,278.52 |
| 87 | Harold M Mendez | $1,421.31 | | $1,421.31 | $569.00 | $1,990.31 | $1,990.31 | $3,980.63 |
| 88 | Harold Mitchell | $11,763.95 | | $11,763.95 | $883.64 | $12,647.59 | $12,647.59 | $25,295.19 |
| 89 | Hector Cintron | $938.97 | | $938.97 | $610.04 | $1,549.01 | $1,549.01 | $3,098.03 |
| 90 | Hector Figueroa | $2,416.59 | | $2,416.59 | $738.29 | $3,154.88 | $3,154.88 | $6,309.77 |
| 91 | Hector Rivera | $5,393.39 | | $5,393.39 | $865.12 | $6,258.51 | $6,258.51 | $12,517.02 |
| 92 | Hector Scamaroni Martinez | $697.80 | | $697.80 | $456.14 | $1,153.94 | $1,153.94 | $2,307.89 |
| 93 | Hernan Torres | $923.16 | | $923.16 | $815.24 | $1,738.40 | $1,738.40 | $3,476.80 |
| 94 | Hiram Burgos Rodriguez | $3,411.87 | | $3,411.87 | $776.77 | $4,188.64 | $4,188.64 | $8,377.28 |
| 95 | Humberto R. Lopez | $7,851.48 | | $7,851.48 | $975.20 | $8,826.68 | $8,826.68 | $17,653.36 |
| 96 | Ildefonso Montañez | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 97 | Irael Ortiz Jusino | $2,980.95 | | $2,980.95 | $666.15 | $3,647.10 | $3,647.10 | $7,294.20 |
| 98 | Irvin Angel Maldonado | $26,617.98 | $841.98 | $25,776.00 | $0.00 | $25,776.00 | $25,776.00 | $51,552.00 |
| 99 | Ismael Cruz | $697.80 | | $697.80 | $661.34 | $1,359.14 | $1,359.14 | $2,718.29 |
| 100 | Ismael Santiago | $9,946.93 | | $9,946.93 | $787.26 | $10,734.19 | $10,734.19 | $21,468.37 |
| 101 | Jaileen Ramos Rivera | $16,739.71 | $567.74 | $16,171.97 | $742.22 | $16,914.19 | $16,914.19 | $33,828.38 |
| 102 | Jaime Moux | $8,132.66 | | $8,132.66 | $1,214.81 | $9,347.48 | $9,347.48 | $18,694.95 |
| 103 | Jaime Soto Ramos | $10,924.32 | | $10,924.32 | $846.02 | $11,770.34 | $11,770.34 | $23,540.68 |
| 104 | Jaison Cardona | $13,351.70 | | $13,351.70 | $846.39 | $14,198.09 | $14,198.09 | $28,396.17 |
| 105 | James Aitken | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 106 | James Barajas | $12,479.48 | | $12,479.48 | $7,718.00 | $20,197.48 | $20,197.48 | $40,394.95 |
| 107 | James Hopkins | $27,854.11 | | $27,854.11 | $2,183.75 | $30,037.86 | $30,037.86 | $60,075.71 |
| 108 | James Lowrey | $350.25 | | $350.25 | $815.24 | $1,165.49 | $1,165.49 | $2,330.99 |
| 109 | Jan Ruberte | $710.25 | | $710.25 | $815.24 | $1,525.49 | $1,525.49 | $3,050.99 |
| 110 | Jason Geiger | $7,671.71 | | $7,671.71 | $1,799.92 | $9,471.62 | $9,471.62 | $18,943.25 |
| 111 | Jean Carlos Colon Sanchez | $1,477.62 | | $1,477.62 | $866.54 | $2,344.16 | $2,344.16 | $4,688.33 |
| 112 | Jeffrey Quinones Nunez | $10,148.70 | | $10,148.70 | $1,355.66 | $11,504.36 | $11,504.36 | $23,008.73 |
| 113 | Jeiner Carretero | $1,789.15 | | $1,789.15 | $1,968.78 | $3,757.93 | $3,757.93 | $7,515.86 |
| 114 | Jerani Pacheco Lopez | $6,122.77 | | $6,122.77 | $1,927.74 | $8,050.51 | $8,050.51 | $16,101.02 |
| 115 | Jesus Cruz Gonzalez | $1,550.25 | | $1,550.25 | $969.14 | $2,519.39 | $2,519.39 | $5,038.79 |
| 116 | Jesus Ibarrondo | $11,342.09 | | $11,342.09 | $2,071.38 | $13,413.47 | $13,413.47 | $26,826.93 |
| 117 | Jeyro Ayala Cresto | $133.44 | | $133.44 | $126.32 | $259.76 | $259.76 | $519.51 |
| 118 | Joel Casablanca | $241.17 | | $241.17 | $135.96 | $377.13 | $377.13 | $754.26 |
| 119 | John McNolty | $350.25 | | $350.25 | $815.24 | $1,165.49 | $1,165.49 | $2,330.99 |
| 120 | Jorge Alvarado | $476.16 | | $476.16 | $404.84 | $881.00 | $881.00 | $1,762.01 |
| 121 | Jorge Gustavo Mercado | $1,154.43 | | $1,154.43 | $545.92 | $1,700.35 | $1,700.35 | $3,400.70 |
| 122 | Jose A Hernandez Santos | $6,588.12 | | $6,588.12 | $710.81 | $7,298.93 | $7,298.93 | $14,597.85 |
| 123 | Jose A Torres Morales | $2,283.15 | | $2,283.15 | $815.24 | $3,098.39 | $3,098.39 | $6,196.79 |
| 124 | Jose A. Irizarry Llorens | $1,281.50 | | $1,281.50 | $815.24 | $2,096.75 | $2,096.75 | $4,193.49 |
| 125 | Jose Aponte | $1,990.50 | | $1,990.50 | $892.19 | $2,882.69 | $2,882.69 | $5,765.39 |
| 126 | Jose Aragon | $7,018.80 | | $7,018.80 | $2,105.58 | $9,124.38 | $9,124.38 | $18,248.76 |
| 127 | Jose E. Diaz | $1,109.66 | | $1,109.66 | $815.24 | $1,924.90 | $1,924.90 | $3,849.80 |
| 128 | Jose G. Diaz Maldonado | $1,848.12 | | $1,848.12 | $892.19 | $2,740.31 | $2,740.31 | $5,480.63 |
| 129 | Jose Ivan Ojeda | $13,359.81 | | $13,359.81 | $2,001.56 | $15,361.37 | $15,361.37 | $30,722.73 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 130 | Jose J Vargas | $2,509.11 | | $2,509.11 | $775.49 | $3,284.59 | $3,284.59 | $6,569.18 |
| 131 | Jose L Caballero Lopez | $2,283.15 | | $2,283.15 | $815.24 | $3,098.39 | $3,098.39 | $6,196.79 |
| 132 | Jose L Gracia Figueroa | $4,984.58 | | $4,984.58 | $876.90 | $5,861.48 | $5,861.48 | $11,722.96 |
| 133 | Jose L Serrano Sanchez | $33,580.14 | | $33,580.14 | $0.00 | $33,580.14 | $33,580.14 | $67,160.27 |
| 134 | Jose Quinones Nunez | $13,403.99 | | $13,403.99 | $2,084.21 | $15,488.19 | $15,488.19 | $30,976.39 |
| 135 | Jose R. Diaz | $3,654.75 | | $3,654.75 | $231.01 | $3,885.76 | $3,885.76 | $7,771.51 |
| 136 | Jose Saez | $21,945.54 | | $21,945.54 | $2,397.83 | $24,343.37 | $24,343.37 | $48,686.75 |
| 137 | Joseph Rivera Hernandez | $2,927.76 | | $2,927.76 | $727.30 | $3,655.06 | $3,655.06 | $7,310.12 |
| 138 | Josh Smith | $1,160.25 | | $1,160.25 | $661.34 | $1,821.59 | $1,821.59 | $3,643.19 |
| 139 | Josue Figueroa Ortiz | $13,224.68 | | $13,224.68 | $844.10 | $14,068.77 | $14,068.77 | $28,137.55 |
| 140 | Josue Rios | $15,436.92 | | $15,436.92 | $2,120.78 | $17,557.70 | $17,557.70 | $35,115.40 |
| 141 | Jovan A Mendez | $2,183.18 | | $2,183.18 | $460.42 | $2,643.59 | $2,643.59 | $5,287.19 |
| 142 | Juan A Rey | $7,282.77 | | $7,282.77 | $883.64 | $8,166.41 | $8,166.41 | $16,332.82 |
| 143 | Juan Caballero | $20,534.32 | | $20,534.32 | $2,021.36 | $22,555.68 | $22,555.68 | $45,111.37 |
| 144 | Juan Carlos Diaz | $20,789.99 | | $20,789.99 | $1,054.34 | $21,844.34 | $21,844.34 | $43,688.67 |
| 145 | Juan Carlos Vega Morales | $2,740.76 | | $2,740.76 | $722.90 | $3,463.66 | $3,463.66 | $6,927.33 |
| 146 | Juan J Garcia Rivera | $5,818.26 | | $5,818.26 | $1,559.95 | $7,378.21 | $7,378.21 | $14,756.42 |
| 147 | Juan P Melendez Adorno | $5,330.01 | | $5,330.01 | $729.41 | $6,059.42 | $6,059.42 | $12,118.85 |
| 148 | Julio O Rodriguez | $328.36 | | $328.36 | $909.86 | $1,238.22 | $1,238.22 | $2,476.45 |
| 149 | Karl Kilgore | $2,866.85 | | $2,866.85 | $866.54 | $3,733.39 | $3,733.39 | $7,466.79 |
| 150 | Karolina Sierra | $10,024.48 | | $10,024.48 | $530.00 | $10,554.48 | $10,554.48 | $21,108.96 |
| 151 | Keeran K Singh | $1,644.53 | | $1,644.53 | $931.52 | $2,576.05 | $2,576.05 | $5,152.10 |
| 152 | Kelsey Lindsey | $260.25 | | $260.25 | $661.34 | $921.59 | $921.59 | $1,843.19 |
| 153 | Kelvin Armes | $1,160.25 | | $1,160.25 | $661.34 | $1,821.59 | $1,821.59 | $3,643.19 |
| 154 | Kelvin Rivas | $8,629.16 | | $8,629.16 | $892.19 | $9,521.35 | $9,521.35 | $19,042.70 |
| 155 | Kelvin Santiago | $2,283.15 | | $2,283.15 | $815.24 | $3,098.39 | $3,098.39 | $6,196.79 |
| 156 | Kelvin Serrano Reyes | $11,949.23 | | $11,949.23 | $848.11 | $12,797.34 | $12,797.34 | $25,594.68 |
| 157 | Kevin J Ortega Villanueva | $4,675.01 | | $4,675.01 | $832.93 | $5,507.94 | $5,507.94 | $11,015.88 |
| 158 | Kyle Snyder | $6,458.93 | | $6,458.93 | $1,277.99 | $7,736.91 | $7,736.91 | $15,473.83 |
| 159 | Larry D Welke | $2,786.67 | | $2,786.67 | $1,706.58 | $4,493.25 | $4,493.25 | $8,986.49 |
| 160 | Lawrence Kline | $16,850.32 | | $16,850.32 | $2,056.72 | $18,907.04 | $18,907.04 | $37,814.08 |
| 161 | Lazaro Carbajal | $11,872.27 | | $11,872.27 | $2,299.38 | $14,171.65 | $14,171.65 | $28,343.29 |
| 162 | Luis A Rosario | $8,506.06 | | $8,506.06 | $840.89 | $9,346.95 | $9,346.95 | $18,693.91 |
| 163 | Luis Figueroa | $8,432.80 | | $8,432.80 | $711.59 | $9,144.39 | $9,144.39 | $18,288.78 |
| 164 | Luis Flores Berrios | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 165 | Luis Manuel Ibanez | $4,672.29 | | $4,672.29 | $1,145.62 | $5,817.90 | $5,817.90 | $11,635.81 |
| 166 | Luis Remon | $12,550.91 | | $12,550.91 | $1,342.39 | $13,893.30 | $13,893.30 | $27,786.60 |
| 167 | Manuel O Dejesus Ferrer | $6,572.84 | | $6,572.84 | $735.04 | $7,307.88 | $7,307.88 | $14,615.76 |
| 168 | Manuel Rivera | $1,145.73 | | $1,145.73 | $969.14 | $2,114.88 | $2,114.88 | $4,229.75 |
| 169 | Maria Del Carmen Melendez | $22,796.96 | | $22,796.96 | $1,156.17 | $23,953.13 | $23,953.13 | $47,906.26 |
| 170 | Mario A Perez | $3,413.22 | | $3,413.22 | $699.82 | $4,113.04 | $4,113.04 | $8,226.08 |
| 171 | Matt Lipson | $403.72 | | $403.72 | $1,011.18 | $1,414.90 | $1,414.90 | $2,829.80 |
| 172 | Michael Doelter | $2,746.98 | | $2,746.98 | $1,269.39 | $4,016.37 | $4,016.37 | $8,032.73 |
| 173 | Michael Hernandez | $7,069.41 | | $7,069.41 | $1,268.82 | $8,338.23 | $8,338.23 | $16,676.45 |
| 174 | Michael J Mata | $17,974.96 | | $17,974.96 | $1,664.69 | $19,639.64 | $19,639.64 | $39,279.28 |
| 175 | Miguel A Maldonado | $12,355.54 | | $12,355.54 | $1,516.05 | $13,871.58 | $13,871.58 | $27,743.16 |
| 176 | Miguel A Rivera | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 177 | Miguel A Rodriguez | $39,301.79 | | $39,301.79 | $2,224.54 | $41,526.33 | $41,526.33 | $83,052.65 |
| 178 | Milton Garcia | $2,380.50 | | $2,380.50 | $892.19 | $3,272.69 | $3,272.69 | $6,545.39 |
| 179 | Moises Rodriguez | $1,550.25 | | $1,550.25 | $969.14 | $2,519.39 | $2,519.39 | $5,038.79 |
| 180 | Moises Vargas | $18,063.40 | | $18,063.40 | $2,408.49 | $20,471.89 | $20,471.89 | $40,943.79 |
| 181 | Natanael Santos Martinez | $7,314.72 | | $7,314.72 | $749.95 | $8,064.67 | $8,064.67 | $16,129.34 |
| 182 | Nathan Pate | $200.25 | | $200.25 | $558.74 | $758.99 | $758.99 | $1,517.99 |
| 183 | Neftali Pena | $5,241.87 | | $5,241.87 | $1,189.59 | $6,431.46 | $6,431.46 | $12,862.91 |
| 184 | Nephtali Rodriguez | $9,033.20 | | $9,033.20 | $786.17 | $9,819.37 | $9,819.37 | $19,638.74 |
| 185 | Nelson Bosques | $22,736.01 | | $22,736.01 | $2,294.82 | $25,030.83 | $25,030.83 | $50,061.66 |
| 186 | Orlando Cardona | $2,747.03 | | $2,747.03 | $917.84 | $3,664.87 | $3,664.87 | $7,329.74 |
| 187 | Orlando Gonzalez | $710.25 | | $710.25 | $815.24 | $1,525.49 | $1,525.49 | $3,050.99 |
| 188 | Oscar Caraballo | $22,477.64 | $966.00 | $21,511.64 | $742.62 | $22,254.26 | $22,254.26 | $44,508.52 |
| 189 | Oscar Garay Sierra | $2,489.40 | | $2,489.40 | $866.54 | $3,355.94 | $3,355.94 | $6,711.89 |
| 190 | Osmani Gonzalez | $666.70 | | $666.70 | $313.71 | $980.41 | $980.41 | $1,960.82 |
| 191 | Osna Garay | $87.00 | | $87.00 | $69.84 | $156.84 | $156.84 | $313.68 |
| 192 | Osvaldo Martinez Gonzalez | $12,079.53 | | $12,079.53 | $848.11 | $12,927.64 | $12,927.64 | $25,855.28 |
| 193 | Ovidio Martinez Vega | $30,686.97 | | $30,686.97 | $2,302.23 | $32,989.20 | $32,989.20 | $65,978.40 |
| 194 | Pablo Colon | $2,079.82 | | $2,079.82 | $638.90 | $2,718.72 | $2,718.72 | $5,437.44 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 195 | Pedro Brown | $929.92 | | $929.92 | $815.24 | $1,745.16 | $1,745.16 | $3,490.32 |
| 196 | Pedro R Beltran Rivera | $3,019.11 | | $3,019.11 | $589.20 | $3,608.31 | $3,608.31 | $7,216.62 |
| 197 | Phillip Cantrell | $350.25 | | $350.25 | $815.24 | $1,165.49 | $1,165.49 | $2,330.99 |
| 198 | Rafael Febles | $10,541.92 | | $10,541.92 | $801.56 | $11,343.48 | $11,343.48 | $22,686.97 |
| 199 | Ramon E Santiago | $1,998.65 | | $1,998.65 | $507.44 | $2,506.09 | $2,506.09 | $5,012.19 |
| 200 | Raul Delgado | $12,927.43 | | $12,927.43 | $851.45 | $13,778.88 | $13,778.88 | $27,557.77 |
| 201 | Raul Lopez | $718.40 | | $718.40 | $815.24 | $1,533.64 | $1,533.64 | $3,067.29 |
| 202 | Raymond J Rey | $13,063.82 | | $13,063.82 | $2,379.18 | $15,443.00 | $15,443.00 | $30,885.99 |
| 203 | Raymond Montanez | $9,527.51 | | $9,527.51 | $2,337.65 | $11,865.16 | $11,865.16 | $23,730.31 |
| 204 | Reinaldo Ramirez | $453.10 | | $453.10 | $155.59 | $608.69 | $608.69 | $1,217.38 |
| 205 | Rigoberto Ramos Perez | $31,138.69 | | $31,138.69 | $0.00 | $31,138.69 | $31,138.69 | $62,277.37 |
| 206 | Robert Barajas | $2,059.99 | | $2,059.99 | $915.99 | $2,975.98 | $2,975.98 | $5,951.95 |
| 207 | Roberto Farinas | $27,027.55 | | $27,027.55 | $672.27 | $27,699.82 | $27,699.82 | $55,399.63 |
| 208 | Roberto Maldonado | $7,178.46 | | $7,178.46 | $1,079.66 | $8,258.12 | $8,258.12 | $16,516.24 |
| 209 | Rodger Farinas | $5,905.83 | | $5,905.83 | $1,507.37 | $7,413.20 | $7,413.20 | $14,826.39 |
| 210 | Roger Wooten | $972.36 | | $972.36 | $610.04 | $1,582.40 | $1,582.40 | $3,164.81 |
| 211 | Roman Arzan Delgado | $5,107.47 | | $5,107.47 | $801.25 | $5,908.72 | $5,908.72 | $11,817.44 |
| 212 | Roman Herrera Gonzalez | $18,115.64 | $375.20 | $17,740.44 | $738.76 | $18,479.21 | $18,479.21 | $36,958.41 |
| 213 | Sam Mathis | $1,160.25 | | $1,160.25 | $661.34 | $1,821.59 | $1,821.59 | $3,643.19 |
| 214 | Samuel Carlisle | $12,670.98 | | $12,670.98 | $2,338.14 | $15,009.12 | $15,009.12 | $30,018.24 |
| 215 | Samuel Daria Lugo Irizarry | $2,371.64 | | $2,371.64 | $622.87 | $2,994.51 | $2,994.51 | $5,989.02 |
| 216 | Santos Velazquez | $9,508.20 | | $9,508.20 | $2,091.90 | $11,600.10 | $11,600.10 | $23,200.19 |
| 217 | Sara Katz | $10,774.12 | | $10,774.12 | $1,425.29 | $12,199.40 | $12,199.40 | $24,398.80 |
| 218 | Sebastian Sanchez Rodriguez | $2,712.85 | | $2,712.85 | $721.80 | $3,434.65 | $3,434.65 | $6,869.30 |
| 219 | Shawn Rice | $260.25 | | $260.25 | $661.34 | $921.59 | $921.59 | $1,843.19 |
| 220 | Siul Negron Martinez | $8,298.70 | | $8,298.70 | $788.77 | $9,087.47 | $9,087.47 | $18,174.93 |
| 221 | Steven Morales Maisonet | $938.97 | | $938.97 | $491.91 | $1,430.88 | $1,430.88 | $2,861.76 |
| 222 | Terry Miller | $5,374.31 | | $5,374.31 | $1,660.98 | $7,035.29 | $7,035.29 | $14,070.58 |
| 223 | Thomas Bickham | $6,362.25 | | $6,362.25 | $845.74 | $7,207.99 | $7,207.99 | $14,415.98 |
| 224 | Thomas Pate | $200.25 | | $200.25 | $558.74 | $758.99 | $758.99 | $1,517.99 |
| 225 | Travis Mitchell | $19,649.93 | | $19,649.93 | $2,401.98 | $22,051.91 | $22,051.91 | $44,103.81 |
| 226 | Tyler Coats | $8,044.96 | | $8,044.96 | $760.28 | $8,805.24 | $8,805.24 | $17,610.47 |
| 227 | Valerie M. Banegas | $8,967.65 | $387.80 | $8,579.85 | $746.97 | $9,326.83 | $9,326.83 | $18,653.65 |
| 228 | Victor Caquias | $2,020.32 | | $2,020.32 | $661.34 | $2,681.66 | $2,681.66 | $5,363.33 |
| 229 | Victor Caraballo | $1,129.17 | | $1,129.17 | $139.06 | $1,268.23 | $1,268.23 | $2,536.46 |
| 230 | Victor Maisonet Quintana | $7,349.97 | | $7,349.97 | $1,372.38 | $8,722.35 | $8,722.35 | $17,444.70 |
| 231 | Victor Manuel Rivera | $10,981.34 | | $10,981.34 | $811.23 | $11,792.57 | $11,792.57 | $23,585.14 |
| 232 | Victor Rivera Garay | $930.40 | | $930.40 | $353.54 | $1,283.94 | $1,283.94 | $2,567.89 |
| 233 | Virgilio Quiles | $3,196.41 | | $3,196.41 | $815.24 | $4,011.65 | $4,011.65 | $8,023.31 |
| 234 | Wesley Delgado | $1,145.73 | | $1,145.73 | $969.14 | $2,114.88 | $2,114.88 | $4,229.75 |
| 235 | Wesley Gonzalez | $14,420.22 | | $14,420.22 | $1,398.82 | $15,819.03 | $15,819.03 | $31,638.07 |
| 236 | Wilfredo Figueroa Torres | $10,980.49 | | $10,980.49 | $1,688.78 | $12,669.27 | $12,669.27 | $25,338.55 |
| 237 | Wilfredo Figueroas Colon | $21,030.36 | | $21,030.36 | $1,567.79 | $22,598.15 | $22,598.15 | $45,196.29 |
| 238 | Wilfredo Rivera Lopez | $6,796.15 | | $6,796.15 | $830.63 | $7,626.78 | $7,626.78 | $15,253.57 |
| 239 | William Gillette | $36,461.43 | | $36,461.43 | $2,367.11 | $38,828.54 | $38,828.54 | $77,657.08 |
| 240 | Yahaira A Perez | $1,541.49 | | $1,541.49 | $545.92 | $2,087.41 | $2,087.41 | $4,174.82 |
| 241 | Yavier Parrilla | $10,235.03 | | $10,235.03 | $822.08 | $11,057.11 | $11,057.11 | $22,114.22 |
| 242 | Zach Jarvis | $260.25 | | $260.25 | $661.34 | $921.59 | $921.59 | $1,843.19 |
| 243 | Zariel Garay | $10,901.45 | | $10,901.45 | $2,056.72 | $12,958.17 | $12,958.17 | $25,916.35 |
| 244 | | | | | | | | |
| 245 | TOTAL | | | | | $2,000,393.39 | $2,000,393.39 | $4,000,786.77 |