IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTIN J. WALSH,

    Plaintiff,

     v.

ALPHA TELEKOM, LLC, et al.,

    Defendants.

CIVIL NO. 19-2144 (CVR)

**AMENDED JUDGMENT**

Pursuant to the Court's Opinion and Order of this same date (Docket No. 74), the Court hereby ENTERS JUDGMENT for Plaintiff Martin J. Walsh, Secretary of Labor, and against Defendant Alpha Telekom, LLC and Defendant Angel González, who were found jointly and severally liable. The Court awards $2,000,393.39 in back wages and $2,000,393.39 in liquidated damages, for a total award of $4,000,786.77 to the Alpha Telekom employees listed in the Appendix to Docket No. 74, in the amounts stated therein, to be recovered from Defendants Alpha Telekom, LLC and Angel González, jointly and severally.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 5th day of December, 2022.

                          S/CAMILLE L. VELEZ-RIVE
                          CAMILLE L. VELEZ RIVE
                          UNITED STATES MAGISTRATE JUDGE